WILLIAM E. DECKER, PLAINTIFF-APPELLANT, v. RANSOME CONCRETE MACHINERY COMPANY, A CORPORATION OF THE STATE OF NEW JERSEY, DEFENDANT-RESPONDENT.

Submitted February 12, 1937—Decided April 30, 1937.

For the appellants, *Hillery & Young.*

For the respondent, *Kellogg & Chance.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Circuit Court Judge Lawrence in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TREN-CHARD, LLOYD, CASE, BODINE, DONGES, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, COLE, JJ.  14.

*For reversal*—PARKER, HEHER, JJ.  2.